|   |   |
|---|---|
|   | Honorable Timothy W. Dore<br>Hearing date: May 15, 2015; 9:30 a.m.<br>Hearing Place: Room 8106, 700 Stewart Street, Seattle, WA 98101<br>Responses due by: May 8, 2015; by 4:30 p.m. |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In re: | ) | Chapter 7 |
|---|---|---|
|  | ) | Bankruptcy No. 14-16379 |
| ISSAQUAH GLASS INC., | ) |  |
|  | ) | MOTION FOR AN ORDER |
| Debtor(s). | ) | AUTHORIZING SALE BY AUCTION |
|  | ) | AND PRIVATE SALE FREE AND |
|  | ) | CLEAR OF LIENS AND INTERESTS |

COMES NOW Nancy James, being duly qualified and acting trustee, through counsel, The Livesey Law Firm, and Rory C. Livesey, and applies to this court as follows:

Among the personal property of the estate is: approximately 20 vehicles, office equipment, shop equipment and inventory of the debtor.

It is necessary in the administration of this estate that said property be sold at public auction. The trustee has, pursuant to an order entered herein, employed James G. Murphy, Inc., P.O. Box 82160, Kenmore, Washington, 98028 (425-486-1246), www.murphyauction.com, to conduct a public auction of the above-described property. The fee requested by the auctioneer is ten percent (10%) of the gross auction price plus those necessary expenses not to exceed $20,000. Pending approval by the court, the auction will take place at the debtor's business site located at 30200 S.E. 79th Street, Issaquah, Washington, on May 20, 2015, at 9:00 a.m.

The sale will be free of all liens and interest, said liens and interests to attach to the proceeds of sale as though those proceeds were the property, said liens and interests to be satisfied from those

**MOTION FOR AN ORDER AUTHORIZING
SALE FREE AND CLEAR**
150415aMot   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-16379-TWD    Doc 117    Filed 04/21/15    Ent. 04/21/15 14:24:42    Pg. 1 of 3

proceeds. If you claim such a lien or interest you must file a Proof of Claim setting forth your claim or interest with the Bankruptcy Court *and* the undersigned prior to the hearing date set forth above. Proof of Claim forms can be obtained by written request sent to the Clerk of the Bankruptcy Court at the above address (include a self-addressed and stamped envelope). Two of the vehicles are leased. The trustee has requested payoffs from the lessor. It is expected that the payoffs are less than the value of the vehicles. The trustee will request to pay to the secured creditor the amount of its secured claim. If the vehicles sell for less than the amount owed, the trustee will pay the creditors the net auction proceeds from their sales.

Tim Hensley, a former employee of the debtor, has been using one of the vehicles, a 2007 Ford F10 Supercab, as a company vehicle. He has offered to purchase it for $6,150, which is the mid-range NADA value. The debtor's schedules value the vehicle at $5,000. The trustee has agreed to sell it to Mr. Hensley for $6,150. It provides a certain recovery for the vehicle without the risk and uncertainty of an auction. However, if the sale does not close before the May 20, 2015 auction date, the vehicle will be placed for sale in the auction.

There has been some modest interest expressed to the trustee for the purchase of all of the debtor's assets. If the trustee receives an offer for all of the assets that exceeds the estimated auction proceeds <u>and</u> the trustee determines such a sale is in the best interest of the creditors, she reserves the right to present it to the court instead of a sale by auction. With the exception of the sale of the truck listed above, the trustee will only accept an offer for all of the assets. She will not sell the assets piecemeal other than by auction.

The trustee has negotiated a reduced rent with the debtor's landlord. The landlord will accept $10,000 in satisfaction of its Chapter 7 administrative claim. The trustee has agreed to pay that amount upon receipt of the auction proceeds.

**MOTION FOR AN ORDER AUTHORIZING**
**SALE FREE AND CLEAR**
150415aMot   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-16379-TWD    Doc 117    Filed 04/21/15    Ent. 04/21/15 14:24:42    Pg. 2 of 3

1  WHEREFORE the trustee prays for an order authorizing the sale by auction and private sale
2  of the above referenced personal property free and clear of liens and interests as described and pay
3  the debtor's landlord $10,000 for its Chapter 7 administrative rent claim.
4  DATED this 21st day of April, 2015.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

**MOTION FOR AN ORDER AUTHORIZING
SALE FREE AND CLEAR**
150415aMot   Page 3

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-16379-TWD    Doc 117    Filed 04/21/15    Ent. 04/21/15 14:24:42    Pg. 3 of 3